**Raul MIKULENKA, Respondent,**

v.

**Phyllis BYLAND, Appellant.**

**No. ED 79392.**

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 4, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 24, 2002.

Application for Transfer Denied Feb. 26, 2002.

Raul Mikulenka, Pro Se, Farmington Correctional Center, Farmington, MO, for respondent.

Jeremiah W. (Jay) Nixon, Attorney General, Emily W. Little, Assistant Attorney General, Jefferson City, MO, for appellant.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J. and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellant Phyllis Byland, Records Officer for the Farmington Correctional Center, appeals from the trial court's judgment sustaining Respondent Raul Mikulenka's petition for writ of mandamus. The court ordered that the Department of Corrections grant Respondent jail time credit pursuant to § 558.031 RSMo 2000 for a period of approximately eleven months' incarceration, from the date a capias warrant was issued against him by the Circuit Court of Camden County for probation violation to the date his probation was revoked, on his Camden County sentence.

We have reviewed the parties' briefs and the record on appeal. No error or law appears and an opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).